### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ADROIT HEALTH GROUP LLC<br><br>  Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil File No. 2:21-cv-5079-NIQA |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs.

PLAINTIFF

By: */s/ Anthony I. Paronich*
  Anthony Paronich, *pro hac vice*
  PARONICH LAW, P.C.
  350 Lincoln Street, Suite 2400
  Hingham, MA 02043
  Telephone:  (617) 485-0018
  Facsimile:   (508) 318-8100
  Email: anthony@paronichlaw.com

  Jeremy C. Jackson (PA Bar No. 321557)
  BOWER LAW ASSOCIATES, PLLC
  403 S. Allen St., Suite 210
  State College, PA 16801
  Tel.: 814-234-2626
  jjackson@bower-law.com

DEFENDANT

*/s/ Grant Phelan*

1

A. Grant Phelan
Mary Ellen O'Laughlin
KLEHR HARRISON HARVEY
BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
P; (215) 569-2700
F. (215) 569-6603
gphelan@klehr.com
molaughlin@klehr.com

and

Shepard Davidson (admitted pro hac vice)
Taylor M. Makson (admitted pro hac vice)
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110
sdavidson@burnslev.com
tmakson@burnslev.com